**Keith G. COLEMAN, Petitioner— Appellant,**

v.

**Mildred RIVERA, Warden FCI Estill, Respondent—Appellee.**

No. 09–8066.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 12, 2011.

Decided: Jan. 18, 2011.

Keith G. Coleman, Appellant Pro Se.

Before AGEE, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith G. Coleman, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Coleman v. Rivera,* No. 9:09–cv–00805–RBH, 2009 WL 3459220 (D.S.C. Oct. 28, 2009). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*